**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EDDIE R. WYATT**                                                                                                    **PLAINTIFF**

VS.                                    **CASE NO. 4:08CV01501 JMM**

**J.B. HUNT TRANSPORT, INC.**                                                                           **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this __12__ day of March, 2009.


_____
James M. Moody
United States District Judge